UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff,* | § | |
| v. | § | EP-13-CR-01709-DCG |
| | § | |
| SERGIO ORTIZ OLIVAS, | § | |
| | § | |
| *Defendant.* | § | |

## ORDER

Before the Court is "Emergency Motion to Stay Removal/Return" (ECF No. 34) ("Motion to Stay ") filed on March 2, 2017, by Defendant Sergio Ortiz-Olivas, by and through his retained counsel Garrett Wilkes. On the same day, the Court set the Motion to Stay for a hearing on March 3, 2017. Defendant, again by and through Counsel Wilkes, responded by filing a "Motion to Appear Telephonically for Emergency Hearing Scheduled for 03/03/2017" (ECF no. 36) ("Motion to Appear Telephonically").

**IT IS HEREBY ORDERED** that Defendant's Motion to Appear Telephonically (ECF No. 36) is **DENIED**.

**IT IS FURTHER ORDERED** that the Motion to Stay (ECF No. 34) is **RESET** for a hearing on **March 10, 2017, at 2:00 pm**, in Courtroom Number 322, on the Third Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, Texas.

So ORDERED and SIGNED this 3rd day of March 2017.

DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE